**FILED**

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 IAN WALKER, individually and on behalf of all      No. C-05-2882-MHP
   others similarly situated,
12                                                    STIPULATION AND [PROPOSED]
                  Plaintiff,                          ORDER TO EXTEND TIME FOR
13        v.                                          DEFENDANT'S RESPONSE TO
                                                      COMPLAINT
14 INTEL CORPORATION, a Delaware
   Corporation,
15
                  Defendant.
16

17        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

18 COUNSEL AS FOLLOWS:

19        Pursuant to Civil L.R. 6-2, Plaintiff Ian Walker and Defendant Intel Corporation

20 ("Intel") hereby stipulate that Intel's response to Plaintiff's complaint shall be due the earlier of

21 (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or

22 consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the

23 transferee Court may require for any action made part of the same MDL, or (2) 45 days after any

24 such motion has been denied. The parties request this extension of time to answer or otherwise

25 respond because Plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C-05-2743 (N.D. Cal., filed July

26

Case No. C-05-2882-MHP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO
COMPLAINT

SF/21635035.1

E-filing

5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-captioned action has been identified as a related action to that petition. As a result, the outcome of the pending petition will impact significantly the schedule of this case.

This is the first stipulation between the parties. Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

IT IS HEREBY STIPULATED.
DATED: September 14, 2005

BINGHAM McCUTCHEN LLP

By: /s/ Joy K Fuyuno
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

DATED: September 15, 2005

FINKELSTEIN, THOMPSON & LOUGHRAN

By: Ali Oromchian /V.M.F.
Ali Oromchian
Attorneys for Plaintiff
Ian Walker

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. Section 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: September 16, 2005

_____
Honorable Marilyn H. Patel
United States District Judge

---

3   Case No. C-05-2882-MHP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT

SF/21635635.1