FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | IAN WALKER, individually and on behalf of all others similarly situated, | No. C-05-2882-MHP
13 |   | STIPULATION AND [~~PROPOSED~~]
   | Plaintiff, | ORDER TO STAY DATES, EVENTS
14 | v. | AND DEADLINES PENDING THE
   |   | OUTCOME OF THE MOTION TO
15 | INTEL CORPORATION, a Delaware corporation, | TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO
16 |   | 28 U.S.C. § 1407
   | Defendant. |
17

18

19     WHEREAS, on July 14, 2005, Plaintiff filed the instant action in the Northern

20 District of California ("Walker Action");

21     WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22 *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23 Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24 pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Walker Action has

25 been identified as a related action subject to that motion;

26

1    WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3 all dates, events and deadlines in the action;

4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5    WHEREAS, the outcome of the MDL Motion will impact significantly the

6 schedule of this case;

7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8 by and among counsel for Plaintiff Walker, and counsel for Defendant Intel Corporation, that

9 any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,

10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

12 applicable to this case should be stayed pending the outcome of the aforementioned MDL

13 Motion; and

14    IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15 management conference is rescheduled by the Court, the parties shall adjust the dates for any

16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18 accordingly.

19    IT IS HEREBY STIPULATED.

20 Dated: October 28, 2005    FINKELSTEIN, THOMPSON &
21                LOUGHRAN

22                By:  */s/ Ali Oromchian*
23                  Ali Oromchian
                   Attorneys for Plaintiff
24                   Ian Walker

25

26

| | | |
|---|---|---|
| 1 | Dated: October 28, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ *Joy K. Fuyuno*_____ |
| | | Joy K. Fuyuno |
| | | Attorneys for Defendant |
| 4 | | Intel Corporation |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1  **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
2  PENDING THE OUTCOME OF THE MDL MOTION**

3        Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil
4  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")
5  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case
6  management order applicable to this case are hereby stayed pending the outcome of the motion
7  to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8        Upon the determination of the MDL Motion, if it is necessary for the Court to
9  reschedule a case management conference, the parties shall adjust the dates for any conference,
10 disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16
11 and 26 accordingly.

12       The parties shall notify the Clerk of Court within 10 days of the decision on the
13 MDL Motion.

14 **IT IS SO ORDERED.**

15 Dated:_____        _____
16                                      Honorable Marilyn H. Patel
                                        United States District Court Judge

SF/21642104.1

Case No. C 05-2882 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES